IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESS RAIL SERVICES CORP. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 2:07-cv-509-MEF |
| | * | |
| GEORGIA SOUTHWESTERN | * | |
| RAILROAD INC., | * | |
| | * | |
| Defendant. | * | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported: Please see attached Exhibit "A."

Dated June 7, 2007.

_____
FORREST S. LATTA      (LAT008)
JOHN P. BROWNING    (BRO220)
Attorneys for Plaintiff

OF COUNSEL:
BOWRON, LATTA & WASDEN, PC
Post Office Box 16046
Mobile, AL 36616

1

## Certificate of Service

      I hereby certify that a true and correct copy of the foregoing will be served upon Defendants by the through their registered agent, along with the Summons and Complaint in this action.

Defendant Georgia Southwestern Railroad, Inc. may be served by certified mail upon its registered agent for service of process, as follows:

CORPORATION PROCESS COMPANY
180 Cherokee Street NE
Marietta, GA 30060

# Corporate Organizational Chart
# Progress Rail Services Corporation





# Progress Rail Services Corporation - Legal Entity Structure

