AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Progress Rail Services Corp.

V.

Georgia Southwestern Railroad, Inc.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:07-cv-509-MEF

TO: (Name and address of Defendant)

Georgia Southwestern Railroad, Inc.
by and through its registered agent
Corporation Process Company
180 Cherokee Street NE
Marietta, GA  30060

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Forrest S. Latta, Esquire
John P. Browning, Esquire
Bowron, Latta & Wasden, P.C.
Post Office Box 16046
Mobile, AL  36616

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____          6/14/07
CLERK                                     DATE

_____
(By) DEPUTY CLERK