IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESS RAIL SERVICE CORP., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-509-MEF |
| | ) |
| GEORGIA SOUTHWESTERN | ) |
| RAILROAD, INC., | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Corporate/Conflict Disclosure Statement (Doc. #2) on June 11, 2007, it is hereby

ORDERED that the plaintiff provide the court with any relationship it may have, if any, with Progress Energy, Inc. (stock symbol PGN) on or before July 2, 2007.

DONE this the 19th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE