**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| PROGRESS RAIL SERVICES CORP. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 2:07-cv-509-MEF |
| | * | |
| GEORGIA SOUTHWESTERN | * | |
| RAILROAD INC., | * | |
| | * | |
| Defendant. | * | |

**SUPPLEMENTAL CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with order of this Court (Doc. 04), the undersigned party or parties to the

above-captioned matter do hereby make the following supplemental disclosure provisions of the

Middle District of Alabama's General Order No. 3047:

Plaintiff has no affiliation with Progress Energy Inc. (PGN).

Dated June 22, 2007

/s/ John P. Browning
FORREST S. LATTA       (LAT008)
JOHN P. BROWNING       (BRO220)
Attorneys for Plaintiff

OF COUNSEL:
BOWRON, LATTA & WASDEN, PC
Post Office Box 16046
Mobile, AL 36616

1

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served upon the Defendant by placing same in the United States mail, postage prepaid and properly addressed on this the 22nd day of June, 2007.

Defendant Georgia Southwestern Railroad, Inc.
By and through its registered agent
CORPORATION PROCESS COMPANY
180 Cherokee Street NE
Marietta, GA 30060

/s/ John P. Browning
COUNSEL